IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBIN SEAN DAVIS, #02421476, | ) ) ) |
| Petitioner, | ) ) |
| VS. | ) ) ) ) | 
| DIRECTOR, TDCJ-CID, | ) ) |
| Respondent. | ) |

CIVIL ACTION NO.

3:23-CV-1165-G-BK

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 4, 2023.

_____
**A. JOE FISH
Senior United States District Judge**